UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

Hector Sandoval

vs.

Carrco Painting Contractors

Case No.: 7:16-cv-159-RAJ

FILED
NOV 09 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Brian Benitez, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Carrco Painting Contractors in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Cutler-Smith, P.C. with offices at:

   Mailing address: 12750 Merit Drive, Ste 1450

   City, State, Zip Code: Dallas, Texas 75251

   Telephone: 214-219-0800   Facsimile: 214-219-0854

2. Since 11/02/2012, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas.

   Applicant's bar license number is 24082679.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Northern District of Texas | 04/10/2015 |
   | Eastern District of Texas | 10/25/2016 |


70001141

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Karen Ensley, Cutler-Smith, P.C.

Mailing address: 12750 Merit Drive, Ste 1450

City, State, Zip Code: Dallas, Texas 75251

Telephone: 214-219-0800

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Brian Benitez to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Brian Benitez
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 7th day of November, 2016.

Brian Benitez
[printed name of Applicant]

[signature of Applicant]